**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Antonio Fernandez<br><br>                         v.<br><br>Walmart Inc.<br><br>　　　　　Plaintiff(s)<br><br>　　　　　Defendant(s) | CASE NUMBER:<br><br>2:21-CV-00407 PSG<br><br>**ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION** |

1. Party (name): _____Walmart Inc._____ requests a stay of proceedings and early mediation through the Court's ADR Program

2. The complaint in this case asserts a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189.

3. The party filing this Application for Stay and Early Mediation requests that the Court:

    a. Stay these proceedings;

    b. Schedule an early mediation through the Court's ADR Program;

    c. Order Plaintiff to file with the Court and serve on Defendant(s) within fourteen (14) days of the date of the Order granting Application for Stay and Early Mediation a statement that includes the following:

        1) An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and

        2) An itemized list of damages and, for each item, the amount sought.

    d. Order Defendant to file with the Court and serve on Plaintiff(s) at least ten (10) days before the date set for the early mediation any evidence Defendant intends to rely upon to support a claim that the alleged violations have been remedied or that no violation exists.

Date: February 12, 2021

| | |
|---|---|
| _____Andrew O. Smith, Esq._____<br>*Type or Print Name* | _____s/Andrew O. Smith_____<br>*Signature of Attorney (or Party without Attorney)* |

**Opposition to this Application for Stay and Early Mediation**
must be filed no later than seven (7) days from the date of service of this
**Application for Stay and Early Mediation.**

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**APPLICATION FOR STAY AND EARLY MEDIATION**

was/were served on this date to counsel of record:

[X] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Raymond Ballister Jr., Esq.
Russell Handy, Esq.
CENTER FOR DISABILITY ACCESS
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Tel: 858-375-7385
amandas@potterhandy.com
**Attorney for Plaintiff**
**ANTONIO FERNANDEZ**

Executed on **February 17, 2021**, at Los Angeles, California.

*Tonisha Ford*
Tonisha Ford